ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
WING YAN WONG, ESQ.
Nevada Bar No. 13622
GORDON REES SCULLY MANSUKHANI, LLP
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9300
Facsimile: (702) 255-2858
E-Mail: rlarsen@grsm.com
wwong@grsm.com

*Attorneys for Sonepco Federal Credit Union
and Southern California Edison Federal
Credit Union*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALTES H. MATHIEU, <br><br> Plaintiff, <br><br> vs. <br><br> AMERICA'S SERVICING CO.; SOUTHERN CALIFORNIA EDISON FEDERAL CREDIT UNION; SONEPCO FEDERAL CREDIT UNION; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC, <br><br> Defendants. | Case No.: 2:17-cv-02003-APG-CWH <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO FILE ANSWER TO COMPLAINT [ECF NO. 1]** <br><br> **FIRST REQUEST** |

Pursuant to Local Rules 6-1 and 7-1, Plaintiff Altes H. Mathieu ("Plaintiff"), Defendant Sonepco Federal Credit Union ("SFCU"), and Defendant Southern California Edison Federal Credit Union ("SCE"), by and through their respective attorneys of record, stipulate as follows:

**STIPULATION**

1. Plaintiff filed his Complaint on July 24, 2017 [ECF No. 1].

2. SFCU and SCE recently retained counsel and a short extension is necessary to allow SFCU and SCE's counsel to obtain the file and investigate the allegations in the Complaint before responding.

3. Plaintiff, SFCU, and SCE also anticipate in engaging in settlement discussions on this case and wish to extend the deadline for SFCU and SCE to respond to the Complaint until

-1-

August 30, 2017. This will allow the parties to continue settlement discussions without incurring additional fees and expenses.

4. SFCU and SCE request additional time to file a response to the Complaint and Plaintiff does not object to the request.

5. Therefore, the parties agree that SFCU and SCE's response to the Complaint is now due on or before **August 30, 2017**.

DATED: August 10, 2017.

GORDON REES SCULLY
MANSUKHANI, LLP

*/s/ Robert S. Larsen*
ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89101

*Attorneys for Sonepco Federal Credit Union and Southern California Edison Federal Credit Union*

DATED: August 10, 2017.

HAINES & KRIEGER, LLC

*/s/ David H. Krieger*
DAVID H. KRIEGER, ESQ.
Nevada Bar No. 9086
8985 S. Eastern Ave., Suite 350
Las Vegas, NV 89123

*Attorneys for Plaintiff Altes H. Mathieu*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: August 11, 2017

Gordon Rees Scully Mansukhani, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

8011106/34116790v.1