**JASON G. REVZIN**
Nevada Bar No. 8629
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
Telephone: (702) 893-3383
Facsimile: (702) 893-3789
Email: jason.revzin@lewisbrisbois.com
**COUNSEL FOR TRANS UNION LLC**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ALTES H. MATHIEU,<br><br>Plaintiff,<br><br>v.<br><br>AMERICA'S SERVICING CO., SOUTHERN CALIFORNIA EDISON FEDERAL CREDIT UNION, SONEPCO FEDERAL CREDIT UNION, EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION LLC.<br><br>Defendants. | Case No. 2:17-cv-02003-APG-CWH<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

Plaintiff Altes H. Mathieu ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Stipulation Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

On July 24, 2017, Plaintiff filed his Complaint naming Trans Union a defendant. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is August 16, 2017. The facts alleged in Plaintiff's Complaint date back to February 2010, when Plaintiff allegedly filed bankruptcy. Trans Union needs additional time to locate and assemble the documents relating to Plaintiff's credit file and any disputes submitted by Plaintiff. In addition, Trans Union's counsel needs additional time to review Trans Union's documents and respond to the allegations in the Complaint.

Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including September 15, 2017. This is the first stipulation for extension of time for Trans Union to respond to Plaintiff's Complaint. The time within which Trans Union must respond to the Complaint has not yet expired.

WHEREFORE, Defendant Trans Union respectfully requests this Court to enter an Order granting this Joint Stipulation Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint and extend the deadline for Trans Union to file its responsive pleading to Plaintiff's Complaint, up to and including September 15, 2017.

DATED: August  , 2017

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

/s/ Jason G. Revzin
**JASON G. REVZIN**
Nevada Bar No. 8629
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada  89118
Telephone: (702) 893-3383
Facsimile: (702) 893-3789
Email: jason.revzin@lewisbrisbois.com
**COUNSEL FOR TRANS UNION LLC**

HAINES & KRIEGER, LLC

/s/ David H. Krieger
**DAVID H. KRIEGER**
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123
(702) 880-5554
Fax: (702) 383-5518
Email: dkrieger@hainesandkrieger.com
**COUNSEL FOR PLAINTIFF**

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 11, 2017