Kelly H. Dove (Nevada Bar No. 10569)
Karl O. Riley (Nevada Bar No. 12077)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: kdove@swlaw.com
kriley@swlaw.com

*Attorneys for Defendant Wells Fargo Bank, N.A., erroneously named as America's Servicing Co.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALTES H. MATHIEU,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>AMERICA'S SERVICING CO.; SOUTHERN CALIFORNIA EDISON FEDERAL CREDIT UNION; SONEPCO FEDERAL CREDIT UNION; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC,<br><br>　　　　　　Defendants. | Case No.:　　2:17-cv-02003-APG-CWH<br><br>**STIPULATION AND ORDER TO CONTINUE RESPONSE TO COMPLAINT** |

Plaintiff Altes H. Mathieu ("Plaintiff") and Defendant Wells Fargo Bank, N.A., erroneously named as America's Servicing Co. ("Wells Fargo," together with Plaintiff, the "Parties") agrees, by and through their attorneys, to stipulate to extend the time for Wells Fargo to respond to Plaintiff's Complaint.

WHEREAS, Plaintiff filed the Complaint on July 24, 2017;

WHEREAS, Plaintiff served Wells Fargo on July 27, 2017, making Wells Fargo's response to the Complaint is due August 17, 2017;

WHEREAS, this request is timely;

///

WHEREAS, Wells Fargo needs additional time to procure information to respond to the Complaint;

WHEREAS, Wells Fargo requested, and Plaintiff agreed, to extend Wells Fargo's time to respond to Plaintiff's Complaint;

WHEREAS, this request is not made for purposes of delay and is supported by good cause;

NOW, THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties as follows:

///

///

///

4834-2663-1757

1. Wells Fargo will respond to Plaintiff's Complaint on or before September 11, 2017.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: August 14, 2017.<br><br>HAINES & KRIEGER, LLC<br><br>By: */s/ David Krieger*<br>David H. Krieger, Esq.<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Ave., Suite 350<br>Henderson, NV 89123<br>*(signed with permission)*<br><br>*Attorneys for Plaintiff Altes H. Mathieu* | Dated: August 14, 2017.<br><br>SNELL & WILMER L.L.P.<br><br>By: */s/ Karl O. Riley*<br>Kelly H. Dove, Esq.<br>Nevada Bar No. 10569<br>Karl O. Riley, Esq.<br>Nevada Bar No. 12077<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, NV 89169<br><br>*Attorneys for Defendant Wells Fargo Bank, N.A., erroneously named as America's Servicing Co.* |
| Dated: August 14, 2017.<br><br>By: */s/ Robert S. Larsen*<br>Robert S. Larsen, Esq.<br>Wing Y. Wong, Esq.<br>GORDON & REES LLP<br>300 South Fourth Street, Suite 1500<br>Las Vegas, NV 89101<br>(*signed with permission*)<br><br>*Attorneys for Southern California Edison Federal Credit Union and Sonepco Federal Credit Union* | Dated: August 14, 2017.<br><br>By: /s/ Jason Revzin<br>Jason Revzin, Esq.<br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br>6385 S. Rainbow Blvd., Suite 600<br>Las Vegas, NV 89118<br>(*signed with permission*)<br><br>*Attorney for TransUnion* |

## **ORDER**

IT IS ORDERED THAT Wells Fargo shall respond to Plaintiff's Complaint on or before September 11, 2017.

**IT IS SO ORDERED.**

DATED: August 18, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

- 3 -

4834-2663-1757