David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Attorney for Plaintiff
*ALTES H. MATHIEU*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ALTES H. MATHIEU,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AMERICA'S SERVICING CO.; SOUTHERN CALIFORNIA EDISON FEDERAL CREDIT UNION; SONEPCO FEDERAL CREDIT UNION; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC,<br><br>　　　　Defendants. | **Case No. 2:17-cv-02003-APG-CWH**<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO TRANS UNION, LLC ONLY** |

　　　Plaintiff ALTES H. MATHIEU and Defendant TRANS UNION, LLC

hereby stipulate and agree that the above-entitled action shall be dismissed with

…

…

…

…

prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, TRANS UNION, LLC**. Each party shall bear its own attorney's fees, and costs of suit.

Dated: October 5, 2017

By:

/s/David H. Krieger, Esq.
David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue
Suite 350
Henderson, Nevada 89123

*Attorney for Plaintiff*
*ALTES H. MATHIEU*

By:

/s/ Jason Revzin, Esq.
Jason Revzin, Esq.
Lewis Brisbois Bisgaard & Smith LLP
6385 S. Rainbow Blvd.
Suite 600
Las Vegas, NV 89118

*Attorney for Defendant*
*TRANS UNION, LLC*

## ORDER

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: 10/6/2017